JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MARTIN, | CASE NO. 5:18-cv-01578-CJC (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: December 17, 2018

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE